IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| KAREN DIANNE SELLERS, | ) | |
| Plaintiff, | ) | Case No.: 4:15-cv-00038 |
| v. | ) | **ORDER** |
| CAROLYN W. COLVIN, | ) | By: Hon. Jackson L. Kiser |
| Commissioner of Social Security, | ) | Senior United States District Judge |
| Defendant. | ) | |

Before me is the *Report and Recommendation* of the United States Magistrate Judge recommending that I enter an Order granting Plaintiff's Motion for Summary Judgment [ECF No. 20], denying the Commissioner's Motion for Summary Judgment [ECF No. 26], and remanding this case. This *Report* was filed on January 24, 2017, from which date the parties had fourteen (14) days to file objections. No objections were filed. Accordingly, it is **ORDERED** and **ADJUDGED** that the *Report and Recommendation* shall be, and hereby is, **ADOPTED** in its entirety. Plaintiff's Motion for Summary Judgment is **GRANTED**, the Commissioner's Motion is **DENIED**, the final decision of the Commissioner is **REVERSED**, and this case is hereby **REMANDED** to the Commissioner for proceedings consistent with Magistrate Judge Hoppe's *Report*. See 42 U.S.C. § 405(g) (2014) (sentence four). The Clerk is directed to dismiss this case from the active docket of this Court.

The Clerk is directed to send a copy of this Order to Magistrate Judge Hoppe and all counsel of record.

ENTERED this 14th day of February, 2017.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE